IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02379-REB-MJW

MARY HUTCHINSON, in her capacity as Personal Representative of THE ESTATE OF BILLIE A. HUTCHINSON, deceased,

Plaintiff(s),

v.

SUNRISE SENIOR LIVING, INC., a Virginia corporation, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion to Vacate and Reset February 9, 2006 Scheduling/Planning Conference (document 6) is GRANTED.  The scheduling conference set on February 9, 2006, at 8:30 a.m. is vacated and RESET to February 24, 2006, at 8:30 a.m.  The proposed scheduling order shall be submitted on or before February 17, 2006.

Date:  December 20, 2005