IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02379-REB-MJW

MARY HUTCHINSON, in her capacity as Personal Representative of THE ESTATE OF BILLIE A. HUTCHINSON, deceased,

Plaintiff(s),

v.

SUNRISE SENIOR LIVING, INC., a Virginia corporation, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiff's Motion to Vacate Show Cause Hearing (docket no. 16) is GRANTED finding good cause shown.  The Show Cause Hearing set before Magistrate Judge Watanabe on March 20, 2006, at 8:30 a.m. is VACATED.  The Plaintiff has now served the defendant Molly Hanna and has provided proof of service to this court.  The Order to Show Cause dated February 24, 2006, is also VACATED.

It is FURTHER ORDERED that Plaintiff shall forthwith serve defendant Molly Hanna with a copy of the Rule 16 Scheduling Order dated February 24, 2006, and a copy of Judge Blackburn's Trial Preparation Conference Order dated February 24, 2006.

Date:  March 17, 2006