IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02379-REB-MJW

MARY HUTCHINSON, in her capacity as Personal Representative of THE ESTATE OF BILLIE A. HUTCHINSON, deceased,

Plaintiff(s),

v.

SUNRISE SENIOR LIVING, INC., a Virginia corporation, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 22) is GRANTED.  The written Protective Order is APPROVED as amended in paragraph 4 c. on page 4 and made an Order of Court.

Date:  April 17, 2006