**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02379-REB-MJW

MARY HUTCHINSON, in her capacity as Personal Representative of THE ESTATE OF BILLIE A. HUTCHINSON, deceased,

    Plaintiff,

v.

SUNRISE SENIOR LIVING, INC., a Virginia corporation,
SUNRISE SENIOR LIVING INVESTMENTS, INC., a Virginia corporation,
SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia corporation,
PHILLIP W. HEATH, individually,
MOLLY HANNA, indvidually, and
LARRY LILLO, individually,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On May 3, 2006, the parties filed a **Stipulated Motion for Dismissal With Prejudice** [#26]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal With Prejudice** [#26] filed on May 3, 2006, **IS GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

2

      3.  That the Trial Preparation Conference set for May 18, 2007, is **VACATED**; and

      4.  That the jury trial set to commence on June 11, 2007, is **VACATED**.

Dated May 3, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**